**1100** BAKER vs. BOARD OF STATE CANVASSERS, No. 15970; 69 N. W., 656; 3 D. L. N., 683.

To compel respondents to obtain corrected returns, and to make the proper credits to certain candidates for office, where the answer shows that if all the votes were credited, as prayed for, it would not affect the result.

Held, that the writ should not be issued to compel the performance of an idle ceremony.

Denied December 24, 1896.

**1101** FORT STREET UNION DEPOT CO. vs. STATE RAILROAD CROSSING BOARD ET AL., 81 M., 248.

To vacate that portion of an order made by the crossing board which attached certain conditions to the right to cross a street and railway tracks, which conditions required relator to join with the Mich. Central R. R. Co., across whose right of way relator desired to pass, in the construction of an overhead crossing for teams and travellers and to defray one-half of the expense thereof.

Denied June 6, 1890.

**1101½** PORTMAN vs. STATE BOARD OF FISH COMMISSIONERS, 50 M., 258.

By the Superintendent of Fisheries, who is held to be not an officer within the meaning of the Constitution and Laws of the State, but an employe of the Board, to compel the Board to rescind its action discharging him; expunge from its records the minutes of such action; to treat him as a superintendent; to surrender to him a certain note, and to certify his salary bills.

Denied February 27, 1883.